United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  3628 Georgia NW LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  85-3120793

4. **Debtor's address**

   **Principal place of business**
   6108 Neilwood Dr.
   Number    Street

   Rockville    MD    20852
   City    State    ZIP Code

   Montgomery County
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   3628 Georgia Ave NW
   Number    Street

   Washington    DC    20010
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  3628 Georgia NW LLC
        Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5311

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.   District  D. Md.   When  02/13/2024   Case number  24-11182
                                      MM / DD / YYYY

         District _____   When _____   Case number _____
                                      MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                      MM / DD / YYYY
         Case number, if known _____

| Debtor | 3628 Georgia NW LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number    Street<br>_____<br>_____<br>  City                                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>  Contact name _____<br>  Phone _____ |

---

**Statistical and administrative information**

---

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000<br>☐ 50-99                 ☐ 5,001-10,000          ☐ 50,001-100,000<br>☐ 100-199               ☐ 10,001-25,000         ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

---

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor  3628 Georgia NW LLC
_____ Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/2024
              MM / DD / YYYY

✘ /s/ Richard Balles
Signature of authorized representative of debtor

Richard Balles
Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Daniel Press
Signature of attorney for debtor

Date  04/30/2024
      MM / DD / YYYY

Daniel Press
Printed name

Chung & Press, P.C.
Firm name

6718 Whittier Ave Ste 200
Number     Street

McLean
City

VA
State

22101
ZIP Code

7037343800
Contact phone

dpress@chung-press.com
Email address

419739
Bar number

DC
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**United States Bankruptcy Court**

**IN RE:**  Case No._____

3628 Georgia NW LLC

_____  Chapter  __11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Richard Balles<br>6108 Neilwood Dr., Rockville, MD 20852 | 100 | Managing member |

**Fill in this information to identify the case:**

Debtor name: 3628 Georgia NW LLC

United States Bankruptcy Court for the: District of Columbia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DC Water<br>1385 Canal St SE<br>Washington, DC, 20003 | | Utility Services | | | | 0.00 |
| 2 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA, 22151 | | Utility Services | | | | 0.00 |
| 3 | Pepco<br>PO Box 97274?<br>Washington, DC, 20090 | | Utility Services | | | | 0.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor ___3628 Georgia NW LLC_____  Case number (*if known*)_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: 3628 Georgia NW LLC

United States Bankruptcy Court for the: District of Columbia

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/2024
MM / DD / YYYY

✗ /s/ Richard Balles
Signature of individual signing on behalf of debtor

Richard Balles
Printed name

Managing Member
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

```
-----------------------------------------------------------X
In re:                                          :     Chapter 11
                                                :
3628 Georgia NW LLC                             :     Case No. _____
                                                :
         Debtor.                                :
                                                :
-----------------------------------------------------------X
```

### CERTIFICATE OF ADOPTION OF AUTHORIZING RESOLUTION

This is to certify that, at a meeting of the Member of **3628 Georgia NW LLC**, a DC Limited Liability Company, duly called and convened April 29, 2024, with the sole member present through its Manager, Richard Balles, the following resolution was duly adopted:

RESOLVED, that **Richard Balles**, be, and he hereby is, authorized, on behalf of this Company, to cause to be prepared and filed the company's voluntary petition under Chapter 11 of Title 11 of the United States Code, and all other necessary papers in connection therewith, in the United States Bankruptcy Court for the District of Columbia, and further, to such end, to do any other acts and to take any other steps, in the name and behalf of the company, necessary or appropriate to obtaining an order for relief under such chapter of the Bankruptcy Code.

_/s/ Richard Balles_____
Sole Member

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF District of Columbia

In re 3628 Georgia NW LLC

Case No. _____

Chapter 1~~1~~

_____
(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 3628 Georgia NW LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[x] None [check if applicable]

04/30/2024                                    /s/ Daniel Press
Date                                          Statement of attorney or Litigant

United States Bankruptcy Court

District of Columbia

In re: 3628 Georgia NW LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge. This mailing matrix also includes on it the names and addresses of the equity security holders required by Fed. R. Bankr. P. 1007(a)(3) to be included on the separate list of equity security holders.

Date: 04/30/2024

/s/ Richard Balles

Signature of Individual signing on behalf of debtor

Managing Member

Position or relationship to debtor

Allan P Feigelson
3812 Thoroughbred Lane
Owings Mills, MD 21117


DC Office of Tax and Revenue
1101 4th St SW #270
Washington, DC 20024


DC Water
1385 Canal St SE
Washington, DC 20003


Dominion Financial Services
32 South St
Baltimore, MD 21202


Michael L. Jayson
3628 Georgia Ave NW
Apt 6
Washington, DC 20010


Next Bank International Inc.
268 Ponce de Leon Ave
Suite 1012
San Juan, PR 00918


Pepco
PO Box 97274?
Washington, DC 20090


Richard Balles
6108 Neilwood Dr.
Rockville
MD 20852

```
Washington Gas
6801 Industrial Rd
Springfield, VA 22151
```