The order below is hereby signed.

Signed: May 28 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re ) | |
| ) | |
| 3628 Georgia NW LLC ) | |
| ) | Case No.    24-147 |
| Debtor. ) | Chapter 11 |
| ) | |

**Consent Order of Dismissal with Prejudice to Refiling for 1 Year**

This matter came before the Court on the U.S. Trustee's Motion to Dismiss or Convert this case.

It appearing to the Court that the Debtor agrees that cause exists and consents to the dismissal of this case with prejudice to re-filing for 1 year.

Now, therefore, it is hereby:

Ordered that this case is dismissed with prejudice to re-filing for one year, and it is further,

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

Ordered that the automatic stay provisions of 11 U.S.C 362 (a) et. seq. shall not apply to any petition for relief under the Bankruptcy Code for a period of one (1) year from the entry of this order, and it is further,

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

I ASK FOR THIS:


 /s/ Kristen S. Eustis
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176


SEEN AND AGREED

 /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor


 /s/ Allan P. Feigelson
Allan P. Feigelson, #03126
3812 Thoroughbred Lane
Owings Mills, MD 21117
(410) 504-5608
afeigelson888@gmail.com
Counsel for Dominion Financial Services, LLC


Copies to:

Counsel for Debtor
U.S. Trustee
Allan Feigelson, Esq.

END OF ORDER